| PROB 12A (Rev. 10/99) | SUPERVISION REPORT | | U. S. Probation Office Northern District of Ohio | DATE JUN 0 6 2006 |
|---|---|---|---|---|
| NAME Kmit, Michael | | PACTS 43482 | JUDGE Polster | DOCKET # 1:04CR00334-001 |
| PROBATION OFFICER Kenneth Urda, 216.357.7327 | | | DISTRIBUTION Court       CPO | |
| SUPERVISING PROBATION OFFICER Pamela Lynch 216.357.7347 | | | PROBATION ROUTING Data Entry       Data Collections | |

*Judicial Response is necessary.*

☑ Modification of the conditions of supervision as follows:
The offender's term of probation shall expire as scheduled on 11/21/2006, with an outstanding restitution balance. The Financial Litigation Unit will be responsible for the collection of the balance.

☐ Modification of the term of supervision as follows:

☐ Travel Permit Granted.
☐ Abate by Death.
☐ The Request is Denied.

Signature of Judicial Officer

6/12/06
Date